**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**RANDALL BOAZ OWENS,**

**Plaintiff,**

**v.** **Case No.: 3:26cv3449/MCR/ZCB**

**JANNA LYNNE BAKER, et al.,**

**Defendants.**
______________________/

**ORDER**

The magistrate judge issued a Report and Recommendation on April 13, 2026. (Doc. 4). The Court furnished the plaintiff a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation (Doc. 4) is adopted and incorporated by reference in this order.

2. Plaintiff's complaint (Doc. 1) is **DISMISSED** under 28 U.S.C. § 1915A(b)(1) for failure to state a claim for relief.

3. The Clerk of Court is directed to enter judgment in accordance with this order and close the case.

**DONE AND ORDERED** this 11th day of September 2026.

*M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**